

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Javier Jaimes, Appellant

No. 06-15-00079-CV     v.

Zenaw Mersha, Appellee

Appeal from the County Court at Law No. 2 of Travis County, Texas (Tr. Ct. No. C-1-CV-15-005652). Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, Javier Jaimes, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MAY 6, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk